PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-MJ-00013-AC |
|---|---|
| Plaintiff, | MOTION TO TRANSPORT DEFENDANT TO EASTERN DISTRICT OF TEXAS; FINDINGS AND ORDER |
| v. | |
| JAIME PALACIOS FARIAS, | |
| Defendant. | |

On February 1, 2024, defendant Jaime Palacios Farias made his initial appearance in this district on a Rule 5 Indictment out of the Eastern District of Texas. ECF 1. The court continued the detention hearing to February 2. *Id.* On February 2, the court ordered the defendant be released on a secured bond and delayed the release until such bond was posted. ECF 4. On February 9, 2024, the Eastern District of Texas filed an emergency Motion to Stay and Appeal of Defendant's Pretrial Release before the Honorable Amos L. Mazzant. *See* Case No. 4:23-CR-00274-ALM-AGD, ECF 57 ("EDTX Case"). The same day, Judge Mazzant granted the motion to stay and held the release appeal in abeyance. EDTX Case, ECF 58. The order did not include an order to transport the defendant to the Eastern District of Texas. *See id.* Accordingly, defendant remained housed in the Sacramento County Main Jail.

On April 16, 2024, the United States Marshals Service in the Eastern District of Texas reached out to the USMS in Sacramento inquiring as to the status of defendant's transport. USMS will not

transport defendant to the Eastern District of Texas without a court order.  Accordingly, the United States moves this Court for an order to transport defendant Palacios Farias to the Eastern District of Texas forthwith.

Dated:  April 18, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 19th day of April, 2024.

THE HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE